IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE** | : |
| *Plaintiff(s)* | : |
| | : |
| v. | : CASE NO. 24-0374 |
| | : |
| **KEYSTONE FIRST et al** | : |
| | : |
| | : |
| *Defendant(s)* | : |

# O R D E R

**AND NOW,** this **15th** day of **OCTOBER 2024,** having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** without prejudice, pursuant to agreement of counsel, with each party to bear its own costs and fees.

BY THE COURT:

/S/ Kai N. Scott
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**